# CASE NO. 25-14363

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

POPCORNED PLANET, INC.,

*Movant-Appellant,*

v.

BLAKE LIVELY,

*Respondent-Appellee.*

On Appeal from the United States District Court for the
Middle District of Florida
No. 8:25-mc-00028-WFJ-LSG

# MOTION FOR DISMISSAL

David P. Mitchell
Florida Bar No. 067249
**Maney | Gordon Trial Lawyers**
101 East Kennedy Boulevard, Suite 1700
Tampa, Florida 33602
T: (813) 221-1366   F: (813) 223-5920
d.mitchell@maneygordon.com

*Attorney for Movant-Appellant*
*Popcorned Planet, Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellant Popcorned Planet, Inc., through undersigned counsel, hereby provides the following certificate of interested persons and corporate disclosure statement:

1. Boies Schiller Flexner LLP
2. Bruno, Matthew F.
3. Dunn Isaacson Rhee LLP
4. Gordon, Jeffrey L.
5. Gottleib, Michael J.
6. Governski, Meryl C.
7. Hudson, Esra A.
8. Lively, Blake
9. Manatt, Phelps & Phillips LLP
10. Maney | Gordon Trial Lawyers
11. McCawley, Sigrid S.
12. Mitchell, David P.
13. Popcorned Planet, Inc.
14. Signore, Andrew N.
15. Willkie Farr & Gallagher LLP

Pursuant to 11th Circuit Rule 42-1(a), Appellant Popcorned Planet, Inc., respectfully requests that the Court dismiss this appeal without prejudice. Prior to filing this motion, Appellant conferred with counsel for Appellee Blake Lively via telephone on December 16, 2025 and via email on January 12, 2026, regarding Appellee's position on the requested relief, and was advised by Appellee's counsel on both occasions that the request is being considered. As of the time of filing this Motion, counsel for Appellee has yet to confirm whether or not Appellee opposes the relief requested herein. Accordingly, in the abundance of caution, and to avoid further delay that would contribute to the cluttering of this Court's docket, Appellant is filing this motion as opposed.

Dated: January 13, 2026                 Respectfully submitted,

*/s/David P. Mitchell*
David P. Mitchell
Florida Bar No. 067249
Jeffrey "Jack" Gordon, Esquire
Florida Bar No.: 836760
**Maney | Gordon Trial Lawyers**
101 East Kennedy Boulevard,
Suite 1700
Tampa, Florida 33602
T: (813) 221-1366   F: (813) 223-5920
d.mitchell@maneygordon.com

*Attorney for Movant-Appellant*
*Popcorned Planet, Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this Petition contains 118 words. The undersigned attorney also certifies that this Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word with Century Schoolbook 14-point font.

*/s/ David P. Mitchell*
David P. Mitchell

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system which served a copy on all counsel of record.

*/s/ David P. Mitchell*
David P. Mitchell
