**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 13, 2026

Jeffrey Lee Gordon
Maney & Gordon, PA
101 E KENNEDY BLVD STE 1700
TAMPA, FL 33602

David P. Mitchell
Maney & Gordon, PA
101 E KENNEDY BLVD STE 1700
TAMPA, FL 33602

Appeal Number: 25-14363-B
Case Style: Blake Lively v. Popcorned Planet, Inc.
District Court Docket No: 8:25-mc-00028-WFJ-LSG

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files in the **District Court** a completed Transcript Order Form OR a certificate stating no transcript will be ordered. See FRAP 10(b)(1) & the accompanying 11th Cir. IOP.

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers
General Information:   404-335-6100    Attorney Admissions:   404-335-6122
Case Administration:   404-335-6135    Capital Cases:   404-335-6200
CM/ECF Help Desk:   404-335-6125    Cases Set for Oral Argument:   404-335-6141

Enclosure(s)

DIS-1 Deficiency